DANIEL G. BOGDEN
United States Attorney
District of Nevada

SUNDEEP PATEL [C.S.B.N. 242284]
SPECIAL ASSISTANT UNITED STATES ATTORNEY
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8981
    Facsimile: 415-744-0134
    E-Mail: sundeep.patel@ssa.gov

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN N. TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security**,**<br><br> Defendant. | Civil No. 2:16-cv-02088_____<br><br>**DEFENDANT'S UNOPPOSED MOTION**<br>**FOR EXTENSION OF TIME** |

Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal, due on **September 22, 2017**, by **30 days**, through and including **October 22, 2017**.

An extension of time is needed because counsel for Defendant is currently responsible for numerous district court cases at various stages of litigation. Counsel for Defendant is also currently responsible for conducting discovery and preparing substantive motions in personnel-related litigation matters pending before the Equal Employment Opportunity Commission.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on September 15, 2017.

Respectfully submitted this 15th day of September 2017.

DANIEL G. BOGDEN
United States Attorney

*/s/ Sundeep Patel*
SUNDEEP PATEL
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 9/18/2017